LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:     (925) 974-8601
E-mail: leonel@stubbsleone.com
             leedc@stubbsleone.com

Attorneys for Defendants
CITY OF MCFARLAND, GREG HERRINGTON and
DAVID OBERHOFFER

BRADLEY C. GAGE, ESQ. (SBN: 117808)
LAW OFFICES OF GOLDBERG & GAGE
23002 Victory Boulevard
Woodland Hills, CA 91367
Telephone:   (818) 340-9252
Facsimile:    (818) 340-9088
E-Mail: bgage@goldbergandgage.com

Attorney for Plaintiffs
JAMES YESFORD and MARK SHIVA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES YESFORD and MARK SHIVA, | Case No.:  CV11 – 10115CAS (VBKx) |
|---|---|
| Plaintiffs, | **CORRECTED PROTECTIVE ORDER** |
| vs. | |
| CITY OF MCFARLAND; GREG HERRINGTON, individually and in his official capacity as a Police Sergeant/Interim Chief; DAVID OBERHOFFER individually and in his official capacity as a Police Chief/Former Chief and DOES 1-100, inclusive, | |
| Defendants. | |

CORRECTED [PROPOSED] PROTECTIVE ORDER

1

**GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION OF THE PARTIES,**

**IT IS SO ORDERED**.

DATED: __February 28, 2012___                    _____/s/_____
                                                 The Honorable VICTOR B. KENTON
                                                 United States Magistrate Judge