UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES YESFORD, et al., | CASE NO. CV F 12-0354 LJO JLT |
|---|---|
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 32.) |
| CITY OF McFARLAND, et al., | |
| Defendants. | |

Plaintiffs' counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than July 31, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the June 21, 2012 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   June 18, 2012**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE