LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:     (925) 974-8600
Facsimile:      (925) 974-8601
E-mail: leonel@stubbsleone.com
          leedc@stubbsleone.com

Attorneys for Defendants
CITY OF MCFARLAND, GREG HERRINGTON and
DAVID OBERHOFFER

BRADLEY GAGE, ESQ. (SBN:  117808)
**GOLDBERG & GAGE**
23002 Victory Boulevard
Woodland Hills, CA 91367
Telephone:     (818) 340-9252
Facsimile:      (818) 340-9088
E-mail: bgage@goldbergandgage.com

Attorneys for Plaintiffs
JAMES YESFORD and MARK SHIVA

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES YESFORD and MARK SHIVA,<br><br>             Plaintiffs,<br><br>     vs.<br><br>CITY OF MCFARLAND; GREG HERRINGTON, individually and in his official capacity as a Police Sergeant/Interim Chief; DAVID OBERHOFFER individually and in his official capacity as a Police Chief/Former Chief and DOES 1-100, inclusive,<br><br>             Defendants. | **Case No.:  1:12-CV-0354-LJO (JLT)**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41** |

By and through their undersigned counsel of record, the parties hereby stipulate that the Court may enter an order dismissing this action with prejudice, each party to bear their own attorneys' fees and costs.

DATED: June 20, 2012             **GOLDBERG & GAGE**

_____/s/_____
BRADLEY C. GAGE, ESQ.
Attorneys for Plaintiffs JAMES YESFORD and MARK SHIVA

DATED: June 20, 2012             **STUBBS & LEONE**

_____/s/_____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Defendants CITY OF McFARLAND, GREG HERRINGTON and DAVID OBERHOFFER

**ORDER**

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

This matter is dismissed with prejudice, each party to bear their own attorneys' fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **June 19, 2012**             **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE